**FILED**
August 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANPREET SINGH, ) <br> ) <br>      Defendant. ) | Case No. MAG. 07-0261 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MANPREET SINGH, Case No. MAG. 07-0261 DAD, Charge Title 18 USC § 2; 1341, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    X Bail Posted in the Sum of $ 50,000.00

    X Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    X (Other)  Pretrial Services Supervision of Conditions of Release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 16, 2007 at 3:00 pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge